

# LANE & DUCHEINE
### ATTORNEYS AT LAW

**BOCA RATON OFFICE**
1801 SOUTH FEDERAL HIGHWAY
BOCA RATON, FL 33432
TELEPHONE 954.289.8574
FAX 954.337.8574

**PLEASE REPLY TO:**
PLANTATION

**PLANTATION OFFICE**
930 SOUTH STATE ROAD 7
PLANTATION, FL 33317
TELEPHONE 954.289.8574
FAX 954.337.8574

July 19, 2022

**VIA PACER**
Honorable Kenneth M. Karas
United States District Court for the
Southern District of New York
300 Quarropas St., Room 521
White Plains, NY 10601-4150

Re:   Lynda Edwards vs. Cybex International, Inc.
      Case No.: 22-cv-02985-KMK

Dear Judge Karas:

We represent the Plaintiff, Lynda Edwards, in the above-referenced matter and are writing to you pursuant to Individual Practice Rule 1(c), jointly and with the consent of Defendant's counsel, to request an adjournment of the Initial Pretrial Conference scheduled for September 7, 2022 at 10:00 a.m. This is the first request of the parties' attorneys for an adjournment of the Initial Pretrial Conference.

Counsel for Plaintiff has a court mediation on September 7 beginning at 9:00 a.m. in the case of *Lundenberg v. Cincinnati Insurance Company* that cannot be rescheduled. In light of the above, both parties' counsel are jointly requesting that the Initial Pretrial Conference be adjourned.

We thank Your Honor in advance for your time and consideration of this request.

Granted. The conference is adjourned to 9/21/22, at 10:30

So Ordered.
7/19/22

Respectfully submitted,

*Allison B. Lane*
**LANE & DUCHEINE, PL**

ABL/jv
Enclosures
cc:   Michael S. Mosscrop, Esq. (via e-mail)
      Matthew A. Beyer, Esq., Michelle R. Gilboe, Esq. and Kyle D. Nelson, Esq. (via e-mail)