UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lynda Edwards and Richard Edwards, | Case No.: 7:22-CV-02985-KMK |
| Plaintiffs, | |
| vs. | [~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF KYLE D. NELSON AS COUNSEL |
| Cybex International, Inc., | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Kyle D. Nelson of the firm of Lewis Brisbois Bisgaard & Smith LLP be withdrawn as counsel for Defendant Cybex International, Inc., and removed from all further electronic notifications regarding this case.

Dated: 7/29/22

_____
United States District/Magistrate Judge

1