UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Edwards et al.,

                              Plaintiffs,

        -against-

Cybex International, Inc.

                             Defendant.

-----------------------------------------------------------------X

7:22-cv-02985-KMK-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for November 7, 2023 at 11 AM.  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

        SO ORDERED.

DATED:     White Plains, New York
               September 19, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge