UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Edwards,

                                            Plaintiffs,

                    -against-

Cybex, International, Inc.,

                                            Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:22-cv-02985-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **2/14/24 at 10:30 am**. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
                 January 12, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge