UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNDA EDWARDS, *et al.*

                        Plaintiffs,

  v.

CYBEX INTERNATIONAL, INC.,

                        Defendant.

Case No. 22-CV-2985 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For the reasons stated on the record at the March 11, 2025, hearing, Defendant's Motion to Strike Plaintiff's Rebuttal Witness is denied. The Parties are to submit a revised discovery schedule no later than March 18, 2025. The Clerk of Court is respectfully directed to close the pending motion (Dkt. No. 93).

SO ORDERED.

DATED:    March 11, 2025
               White Plains, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE