UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNDA EDWARDS, *et al.*,

                          Plaintiffs,

                v.

CYBEX INTERNATIONAL,

                          Defendants.

22-CV-2985 (KMK)

CALENDAR NOTICE

KENNETH M. KARAS, United States District Judge:

        Please take notice that the above captioned action has been scheduled for oral argument on the pending Motion for Summary Judgment and Motions to Exclude Expert Testimony before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, July 15, 2026 at 11:30 a.m.  Argument will be held in-person.

SO ORDERED.

Dated:  June 18, 2026
        White Plains, New York

_____
KENNETH M. KARAS
United States District Judge