**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

LYNDA EDWARDS, et al.,

Plaintiffs,

-against-

22 **CIVIL** 2985 (KMK)

# <u>JUDGMENT</u>

CYBEX INTERNATIONAL, INC.,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 25, 2026, the Court grants Defendant's Motion to Exclude Dr. Abraham, grants Defendant's Motion for Summary Judgment, and denies the remaining motions as moot. Accordingly, judgment is entered in favor of Defendant and the case is closed.

**Dated:** New York, New York

September 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**